In the Matter of the Incorporation of the Village of Capitol Heights, Petitioners-Appellants, v. City of Rockford, Objector-Appellee.

Gen. No. 67–55. (Abstract of Decision.)

Second District.
December 12, 1967.

Vern L. Davitt, of Rockford, for appellants; William E. Collins, Corporation Counsel, of Rockford, and William R. Nash, State's Attorney, of Rockford, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.